In the Matter of the Will of MICHAEL WINBURN, Deceased.

RUTH ANEKSTEIN, Appellant; CITY BANK FARMERS TRUST COMPANY et al., as Executors and Trustees, Respondents.

(Submitted April 23, 1934; decided April 27, 1934.)

*Sidney Segal* for motion.

*Sylvia Miller* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant within ten days files undertaking on appeal, in which event motion is denied.